Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
rperkins@swlaw.com
jmcbee@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARGO NEVADA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a foreign corporation doing business in Nevada; WELLS FARGO BANK, NA; DOES 1-5, inclusive; and ROE Business Entities 6-10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02212-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby stipulated and agreed between Argo Nevada, LLC ("Plaintiff"), Wells Fargo Bank, N.A. ("Wells Fargo"), and Quality Loan Service Corporation ("Quality Loan") (collectively, the "Parties") by and through their respective counsel, that:

1. An order shall be entered dismissing this action, and each and all of the claims and causes of action asserted herein, with prejudice;

2. All outstanding hearings and deadlines shall be vacated;

4826-6440-5331

3. The Parties shall bear their own attorneys' fees and costs associated with this action;

4. All lis pendens recorded by Plaintiff against the real property located at 6001 Shining Light Avenue, Las Vegas, Nevada 89139, APN 176-12-415-063 (the "Property"), including, but not limited to, the Notice of Lis Pendens recorded on or about July 12, 2016 as Document No. 20160712-0001620, shall be cancelled and expunged of record;

5. Plaintiff is prohibited from recording any additional lis pendens or similar instruments against the Property; and

6. The bond shall be released to the Law Offices of Mont E. Tanner.

DATED this 13th day of December 2017.

SNELL & WILMER L.L.P.

By: /s/
Amy F. Sorenson (NV Bar No. 12495)
Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendant Wells Fargo Bank, N.A.*

DATED this ____ day of December 2017.

MCCARTHY AND HOLTHUS

By: _____
Thomas N. Beckom (NV Bar No. 12554)
9510 West Sahara, Suite 200
Las Vegas, NV 89117
Telephone: (702) 685-0329
Facsimile: (702) 339-5691

*Attorneys for Defendant Quality Loan Service Corporation*

DATED this ____ day of December 2017.

LAW OFFICES OF MONT E. TANNER

By: _____
Mont E. Tanner (NV Bar No. 4433)
2950 East Flamingo Road, Suite G
Las Vegas, NV 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731

*Attorney for Plaintiff Argo Nevada, LLC*

3. The Parties shall bear their own attorneys' fees and costs associated with this action;

4. All lis pendens recorded by Plaintiff against the real property located at 6001 Shining Light Avenue, Las Vegas, Nevada 89139, APN 176-12-415-063 (the "Property"), including, but not limited to, the Notice of Lis Pendens recorded on or about July 12, 2016 as Document No. 20160712-0001620, shall be cancelled and expunged of record;

5. Plaintiff is prohibited from recording any additional lis pendens or similar instruments against the Property; and

6. The bond shall be released to the Law Offices of Mont E. Tanner.

DATED this ____ day of December 2017.

SNELL & WILMER L.L.P.

By: _____
Amy F. Sorenson (NV Bar No. 12495)
Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendant Wells Fargo Bank, N.A.*

DATED this ____ day of December 2017.

MCCARTHY AND HOLTHUS

By: _____
Thomas N. Beckom (NV Bar No. 12554)
9510 West Sahara, Suite 200
Las Vegas, NV 89117
Telephone: (702) 685-0329
Facsimile: (702) 339-5691

*Attorneys for Defendant Quality Loan Service Corporation*

DATED this 12 day of December 2017.

LAW OFFICES OF MONT E. TANNER

By: /s/ Mont Tanner
Mont E. Tanner (NV Bar No. 4433)
2950 East Flamingo Road, Suite G
Las Vegas, NV 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731

*Attorney for Plaintiff Argo Nevada, LLC*

- 2 -

4826-6440-5331

3. The Parties shall bear their own attorneys' fees and costs associated with this action;

4. All lis pendens recorded by Plaintiff against the real property located at 6001 Shining Light Avenue, Las Vegas, Nevada 89139, APN 176-12-415-063 (the "Property"), including, but not limited to, the Notice of Lis Pendens recorded on or about July 12, 2016 as Document No. 20160712-0001620, shall be cancelled and expunged of record;

5. Plaintiff is prohibited from recording any additional lis pendens or similar instruments against the Property; and

6. The bond shall be released to the Law Offices of Mont E. Tanner.

DATED this ____ day of December 2017.

SNELL & WILMER L.L.P.

By: _____
Amy F. Sorenson (NV Bar No. 12495)
Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendant Wells Fargo Bank, N.A.*

DATED this ____ day of December 2017.

MCCARTHY AND HOLTHUS

By: _____
Thomas N. Beckom (NV Bar No. 12554)
9510 West Sahara, Suite 200
Las Vegas, NV 89117
Telephone: (702) 685-0329
Facsimile: (702) 339-5691

*Attorneys for Defendant Quality Loan Service Corporation*

DATED this ____ day of December 2017.

LAW OFFICES OF MONT E. TANNER

By: _____
Mont E. Tanner (NV Bar No. 4433)
2950 East Flamingo Road, Suite G
Las Vegas, NV 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731

*Attorney for Plaintiff Argo Nevada, LLC*

- 2 -

4826-6440-5331

**ORDER**

For good cause appearing,

**IT IS HEREBY ORDERED** that this action, and each and all of the claims and causes of action asserted herein, be DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs;

**IT IS FURTHER ORDERED** that all hearings and deadlines be VACATED;

**IT IS FURTHER ORDERED** that all lis pendens recorded by Plaintiff against the real property located at 6001 Shining Light Avenue, Las Vegas, Nevada 89139, APN 176-12-415-063 (the "Property"), including, but not limited to, the Notice of Lis Pendens recorded on or about July 12, 2016 as Document No. 20160712-0001620, shall be cancelled and expunged of record;

**IT IS FURTHER ORDERED** that Plaintiff is prohibited from recording any additional lis pendens or similar instruments against the Property; and

**IT IS FURTHER ORDERED** that the bond shall be released to the Law Offices of Mont E. Tanner.

**IT IS SO ORDERED.**

DATED this <u>16th</u> day of <u>January</u>, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted,

SNELL & WILMER L.L.P.

By: _____
Amy F. Sorenson (NV Bar No. 12495)
Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendant Wells Fargo Bank, N.A.*

- 3 -

4826-6440-5331

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 10th day of January 2018.

*/s/ Jill Math*
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4826-6440-5331